**Richard CARVALHO**

v.

**Mario COLETTA d/b/a East Side Arco.**

**No. 80–159–A.**

Supreme Court of Rhode Island.

June 19, 1980.

Aram K. Berberian, Warwick, for plaintiff.

Terrance S. Martiesian, Providence, for defendant.

### ORDER

The plaintiff having filed his brief, the defendant's motion to dismiss this appeal is denied.